PEABODY *v.* THATCHER et al.

1. The statute (R. S., p. 513, § 41) provides that " appeals to the supreme court
   from the district court shall be allowed in all cases where the judgment
   or decree appealed from shall be final, and shall amount, exclusive of
   costs, to the sum of $20, or relate to a franchise or freehold."
2. Parties cannot confer jurisdiction over the subject-matter of an action by
   consent.

*Appeal from District Court of Pueblo County.*

Messrs. SYMES & DECKER, for appellant.

Mr. CHARLES E. GAST, for appellees.

WELLS, J.  The judgment below was for costs merely,
and does not relate to a franchise or a freehold.

No appeal lies, therefore.  Rev. Stat., Ch. lxx., § 41.

It is true the defendant below has joined in error, and so
has consented to the appeal.  The doctrine of *Mollandin*
v. *The Colorado Central Railroad. Co.* (*ante*, p. 173), how-
ever, is that such consent is ineffectual to confer jurisdic-
tion.  We are unable to follow those courts which announce
a contrary doctrine.                       *Appeal dismissed.*